IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY WESTBROOK                                           PLAINTIFF

v.                          NO. 4:13-CV-0415 JMM

DEPUTY CALVIN REED;
SHERIFF BRUCE PENNINGTON;
JOHN and JANE DOES I-V and
COUNTY OF SALINE                                            DEFENDANTS

## AMENDED MOTION TO AMEND COMPLAINT

Comes now the plaintiff, Anthony Westbrook, by and through his attorneys, James F. Swindoll and the Law Offices of James F. Swindoll, and for his amended motion to amend complaint against the defendants alleges and states:

1.     That the original action was filed in Saline County, Arkansas on July 11, 2013, removed to federal court on July 19, 2013, the answer was filed on July 22, 2013, the joint rule 26(F) report was filed on October 10, 2013; the final scheduling order on October 22, 2013, setting this case for trial during the week of July 14, 2014, and an order to transfer case was filed on March 10, 2014.

2. That thereafter discovery was conducted and the amendment of this complaint is designed to bring this matter into the proper prospective for the trial to be held the week of July 14, 2014.

3. The proposed amended complaint is attached as Exhibit "A".

**WHEREFORE**, the plaintiff, Anthony Westbrook, prays that he be allowed to amend his complaint for his costs expended herein, and for all other just and proper relief she might be entitled to.

Respectfully submitted,

/s/ **James F. Swindoll**
Bar Number 77131
Attorney for Plaintiff
Law Offices of James F. Swindoll
212 Center Street, Suite 300
Little Rock, Arkansas  72201
(501) 374-1290
E-mail: jswindoll@swindolllaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 22, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of such filing to the following:

Mr. George D. Ellis
**Ellis Law Firm**
Attorneys at Law
Post Office Box 2307
Benton, Arkansas  72018-2307

                                         /s/ **James F. Swindoll**
                                         Bar Number 77131
                                         Attorney for Plaintiff
                                         Law Offices of James F. Swindoll
                                         212 Center Street, Suite 300
                                         Little Rock, Arkansas  72201
                                         (501) 374-1290
                                       E-mail: jswindoll@swindolllaw.com