IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY WESTBROOK                                                      PLAINTIFF

VS.                              NO. 4:13-CV-0415 JMM

DEPUTY CALVIN REED;
SHERIFF BRUCE PENNINGTON;
JOHN and JANE DOES 1-V; and
COUNTY OF SALINE                                                       DEFENDANTS

## DEFENDANTS' STATEMENT OF MATERIAL FACTS
## AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED

In support of their motion for summary judgment filed herewith, Defendants submit this statement of material facts as to which there is no genuine issue to be tried:

1. On May 8, 2011, Anthony Westbrook was arrested and booked into the Saline County jail. *ADR (Exhibit A); Amended Complaint (Doc. 12), para. 17.*

2. While standing at the counter in the booking area, Mr. Westbrook removed papers. *Deposition of Anthony Westbrook (Exhibit B), p. 32.*

3. The papers Mr. Westbrook had removed were found in the bathroom. *Affidavit of Stephen McCloud (Exhibit C).*

4. Mr. Westbrook was placed in a restraint chair because he had begun screaming and would not calm down. *Deposition of Calvin Reed (Exhibit D), p. 14.*

5. After a period of time in the chair, Mr. Westbrook was placed in a cell. *Affidavit of Stephen McCloud (Exhibit C).*

6. Mr. Westbrook was released the next day, May 9, 2011. *Inmate Release Sheet (Exhibit E).*

7. Mr. Westbrook was kept in the restraint chair for approximately 45 minutes. *Affidavit of Calvin T. Reed (Exhibit F).*

8. Mr. Westbrook alleges that he sustained an assault and battery on May 8, 2011, by Defendant Reed. *Amended Complaint (Doc. 12), para. 18.*

9. This cause of action was originally filed in Saline County Circuit Court on July 11, 2013, and removed to U.S. District Court on July 19, 2013. *Original Complaint (Doc. 2); Notice of Removal (Doc. 1).*

/s/ George D. Ellis
GEORGE D. ELLIS (ARK. BAR NO. 72035)
Attorney for Defendants
Ellis Law Firm, P.A.
126 North Main Street
Benton, Arkansas 72015
(501) 315-1000 (telephone)
(501) 315-4222 (fax)
*gellisinbenton@swbell.net*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of May, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties in interest.

/s/ George D. Ellis
GEORGE D. ELLIS