# ARKANSAS ARREST / DISPOSTION REPORT

**BOOKING NUMBER** 2318-11

## DEFENDANT IDENTIFICATION INFORMATION

- **ARRESTING AGENCY NAME:** Benton
- **ARRESTING AGENCY NCIC CODE:**
- **NAME LAST:** Westbrook  **FIRST:** Anthony  **MIDDLE:** Wayne
- **ALIASES:**
- **STREET ADDRESS:** 107 Graham
- **PHONE NUMBER:** 672-8756
- **CITY:** Benton  **STATE:** AR  **ZIP:** 72015
- **F.B.I. NO.:** 436262076
- **STATE ID NO.:**
- **SOCIAL SECURITY NO:**
- **DRIVERS LICENSE NO:** 231554157
- **LOCAL ID NUMBER:**
- **SEX:** Male
- **RACE:** White
- **ETHNICITY:** Not Hispanic
- **DATE OF BIRTH:** 6-13-74
- **AGE:** 36
- **PLACE OF BIRTH:** Benton
- **HAIR:** N/A
- **EYES:** Hzl
- **WEIGHT:** 200
- **HEIGHT:** 5'10
- **SCARS AND MARKS:** Scar on stomach
- **COMPLEXION:** Fair
- **BUILD:** Large
- **EMPLOYER/OCCUPATION:** Logans Roadhouse
- **NAME OF NEAREST RELATIVE:** Javay Westbrook
- **PHONE NUMBER:** 326-0451
- **STREET ADDRES:** Same
- **CITY, STATE, ZIP:**
- **AFIS FINGERPRINT ID NUMBER:**

## ARREST INFORMATION

- **PLACE OF ARREST:** South / Richards
- **ARRESTING OFFICER:** Ganter
- **DATE OF ARREST:** 5-8-11
- **TIME OF ARREST:** 500A
- **BOND AMOUNT:**
- **INCIDENT NO:**
- **AGENCY RECEIVED FROM:**
- **AGENCY TRANSFERRED TO:**

| NO | COMPUTER USE-SRN | CASE DOCKET NO. | STATUTE NO | CHARGES | LAW ENFORCEMENT ACTION | DATE OF ACTION |
|---|---|---|---|---|---|---|
| 1 | | | 5-65-104 | Suspended DL | Arrest | 5-8-11 |
| 2 | | | 5-36-104 | Unauthorized use | " | " |
| 3 | | | 27-22-104 | No Ins | " | " |
| 4 | | | | | | |

- **COURT DATE:** 6-20-11
- **COURT HEARING CASE:**
- **HOLD FOR OTHER AGENCY:**
- **MORE CHARGES PENDING:** NO
- **ARRIVAL TIME:**
- **OFFICER PAT DOWN/SEARCH:**

**FACTS OF ARREST IN DETAIL:** Westbrook took his friend's vehicle without permission. Westbrook was located in the vehicle @ South & Richards.

- **COMPLAINANT/VICTIM:**  **ADDRESS / PHO. NO.:**
- **COMPLAINANT/VICTIM:**  **ADDRESS / PHO. NO.:**
- **WITNESS:**  **ADDRESS / PHO. NO.:**
- **WITNESS:**  **ADDRESS / PHO. NO.:**

**RIGHT THUMB PRINT**

**FORWARD COPY TO**
COPY (1) COURT COPY
COPY (2) PROSECUTING ATTORNEY COPY
COPY (3) OFFICER'S COPY
COPY (4) IMATE FILE COPY

EXHIBIT A