IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY WESTBROOK                                              PLAINTIFF

VS.            CASE NO.: 4:13-CV-0415 JMM

DEPUTY CALVIN REED;
SHERIFF BRUCE PENNINGTON;
JOHN and JANE DOES I-V; and
COUNTY OF SALINE                                               DEFENDANTS

ORAL DEPOSITION

OF

ANTHONY WESTBROOK

(Taken February 18, 2014, at 1:40 p.m.)

LEE ANN DICKENS, CCR
7315 I STREET
LITTLE ROCK, ARKANSAS   72207
(501)614-7367

EXHIBIT B
ORIGINAL

## APPEARANCES

ON BEHALF OF THE PLAINTIFF:

MR. JAMES F. SWINDOLL
LAW OFFICES OF JAMES F. SWINDOLL
212 CENTER STREET
SUITE 300
LITTLE ROCK, ARKANSAS    72201


ON BEHALF OF THE DEFENDANTS:

MR. GEORGE D. ELLIS
ELLIS LAW FIRM
126 NORTH MAIN STREET
BENTON, ARKANSAS    72018

3

# I N D E X

STYLE AND NUMBER. . . . . . . . . . . . . . . . . . . 1

APPEARANCES . . . . . . . . . . . . . . . . . . . . . 2

CAPTION . . . . . . . . . . . . . . . . . . . . . . . 3

THE WITNESS:   **ANTHONY WESTBROOK**

    EXAMINATION BY MR. ELLIS. . . . . . . . . . . . 5

    EXAMINATION BY MR. SWINDOLL . . . . . . . . . . 55

    FURTHER EXAMINATION BY MR. ELLIS. . . . . . . . 63

    FURTHER EXAMINATION BY MR. SWINDOLL . . . . . . 68

    FURTHER EXAMINATION BY MR. ELLIS. . . . . . . . 69

DEPOSITION CONCLUDED. . . . . . . . . . . . . . . . . 70

COURT REPORTER'S CERTIFICATE. . . . . . . . . . . . . 71

# E X H I B I T S

NO./DESCRIPTION:                                      MARKED:

Exhibit No. 1 - Medical Information . . . . . . . . 38

Exhibit No. 2 - Deputy Anders' report . . . . . . . 38

Exhibit No. 3 - Officer McCloud's report. . . . . . 38

Exhibit No. 4 - Photo/copy of restraint chair . . . 39

Exhibit No. 5 - Drawing/Booking Area. . . . . . . . 68

LEE ANN DICKENS, CCR
(501) 614-7367

4

1         C A P T I O N
2    **ANSWERS AND ORAL DEPOSITION OF ANTHONY WESTBROOK**,
3    taken in the above-styled and numbered cause on the
4    18th day of February, 2014, on behalf of the
5    **DEFENDANTS**, before Lee Ann Dickens, Arkansas Supreme
6    Court Certified Court Reporter #403, a Notary Public
7    in and for Pulaski County, Arkansas, at 1:40 p.m., at
8    the Law Offices of James F. Swindoll, 212 Center
9    Street, Suite 300, Little Rock, Arkansas, pursuant to
10   the Federal Rules of Civil Procedure.
11
12              * * * * * * * * * *
13
14
15
16
17
18
19
20
21
22
23
24
25

LEE ANN DICKENS, CCR
(501) 614-7367

1           Army, a funny story coming.
2      Q    (By Mr. Ellis) "309, George Anditon --" -- do
3   you know what a 309 is?
4      A    Yes.  It's an ADC inmate who works in the county
5   jail.
6      Q    Kind of like a trustee?
7      A    Yes.
8      Q    "Made a comment to me in Master Control while I
9   was working doors that Inmate Anthony Westbrook
10  (2318-11) --" -- that must be some kind of
11  identifying number -- "-- was reaching over the
12  counter in the booking area and grabbing something."
13  Is that a true statement?
14     A    That is a true statement.
15     Q    "I then proceeded to the booking area and asked
16  Inmate Westbrook what he had grabbed.  He denied
17  reaching over the counter and grabbing anything."  Is
18  that a true statement?
19     A    That is not a true statement.  I admitted to --
20     Q    What did you admit to having grabbed?
21     A    My bond papers and the $20 bill that the
22  bondsman gave me to bond out.
23     Q    Okay.
24          "I then told Inmate Westbrook to go to the
25  bathroom so he could be searched."  Did he tell you