STATE OF ARKANSAS )
) SS.   **AFFIDAVIT OF STEPHEN McCLOUD**
COUNTY OF SALINE )

For his affidavit, Stephen McCloud states under oath as follows:

On May 8, 2011, I was employed with the Saline County Sheriff's Department. I observed Anthony Westbrook in the book-in area of the Saline County jail. I had been told by a 309 prisoner that Mr. Westbrook had taken documents from the counter. When I asked Westbrook about this, he denied it. So, I told him to go in the bathroom to be searched. He then ran into the bathroom. I followed him, searched him, and did not find any documents on his person. I walked into the shower stall and found the documents behind the shower seat. Mr. Westbrook began to scream and act belligerently, so I attempted to place him in the restraint chair. Calvin Reed arrived in time to assist me with this effort. The only restraint chair at the jail at the time was gray with a high back.

After a short time, he was placed in a cell. At no time, was he struck by anyone.

Dated this __14th__ day of May, 2014.

_____
STEPHEN McCLOUD

Subscribed and sworn to be fore me on this __14th__ day of May, 2014.

RHONDA MALONE
MY COMMISSION # 12389493
EXPIRES: October 4, 2022
Saline County

_____
Notary Public

EXHIBIT __C__