## SALINE COUNTY SHERIFF'S OFFICE
## INMATE RELEASE SHEET

BOOKING # 2318-11   S.O. # 2003060763

NAME: WESTBROOK, ANTHONY

BOOKING DATE: 05/08/2011

RELEASE DATE: 05/09/2011   RELEASE TIME: 01:24pm

RELEASE TYPE: FINAL RELEASE

| Num | Offense | How Released | Release Officer | Disposition |
|---|---|---|---|---|
| 1 | DRIVING ON SUSPENDED DL | ROC | VICK, LAUREN | 400.00 C/P |
| 2 | UNAUTHORIZED USE OF A VEHICLE | ROC | VICK, LAUREN | 1150.00 C/P |
| 3 | NO PROOF OF INSURANCE | ROC | VICK, LAUREN | 170.00 C/P |

PROPERTY RELEASE RECORD BASKET NUMBER:

### PERSONAL PROPERTY

| Property Type | Storage Type | Storage Location | Property Description | Receive Date | Item Released? | Item Released To |
|---|---|---|---|---|---|---|
| Shoes | HANGER BAG | Hanger Bag # 169 | BLUE/BLK FLIP FLOPS | 05/08/2011 | Y | SELF |
| Ring | HANGER BAG | Hanger Bag # 169 | (2) SILVER COLOR | 05/08/2011 | Y | SELF |
| Clothing | HANGER BAG | Hanger Bag # 169 | | 05/08/2011 | Y | SELF |

ALL PROPERTY WAS RELEASED ON BOOK-OUT

TOTAL MONEY $ _____ CASH OR CHECKS

I certify that the property/money listed above was released to me and that I am an authorized person to receive said property.

Inmate Signature: _____   DATE: 05/09/2011

_____
Officer Releasing Property

_Cpl Boyett 811_
Supervisor

5/9/2011                                                           Page 1 of 1

EXHIBIT E