Exhibit 3 is a video which is being filed conventionally with the clerk