IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 29 2014

JAMES W. McCORMACK, CLERK
By: _____ J Brown
                    DEP CLERK

ANTHONY WESTBROOK                    PLAINTIFF

v.               NO. 4:13-CV-0415 JMM

DEPUTY CALVIN REED;
SHERIFF BRUCE PENNINGTON;
JOHN and JANE DOES I-V and
COUNTY OF SALINE                    DEFENDANTS

## PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Exhibit "3" – CD of Video of incident provided by Defendant