IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY WESTBROOK                                                                    PLAINTIFF

Vs.                              CASE NO.  4:13cv00415 JM

CALVIN REED                                                                               DEFENDANT

## ORDER

Based on notification that the above case has settled the case is dismissed with prejudice. The jury trial scheduled July 14, 2014, is canceled.

IT IS SO ORDERED this 1st day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE